LUIS A. AYON, ESQ.
Nevada Bar No. 9752
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
**MAIER GUTIERREZ AYON**
2500 West Sahara Avenue, Suite 106
Las Vegas, Nevada 89102
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:    laa@mgalaw.com
           jrm@mgalaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAIER GUTIERREZ AYON PLLC, a Nevada professional limited liability company, | Case No.: 2:13-cv-01139-MMD-PAL |
| Plaintiff, | **FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE** |
| vs. | |
| MARIANA SIERRA, an individual; SIERRA MED SERVICES, a Nevada entity; TED THORP, M.D., an individual; WILLIAM MUIR, M.D., an individual; ACCELERATED CHIROPRACTIC, a Nevada entity; CULINARY HEALTH FUND, a Nevada entity; GARY J. LA TOURETTE, M.D., an individual; RED ROCK DIAGNOSTICS, LLC, a Nevada limited liability company; DESERT RADIOLOGISTS, a Nevada entity; SONORAN MEDICAL IMAGING, a Nevada entity; INSIGHT IMAGING, a Nevada entity; MATT SMTH PHYSICAL THERAPY, a Nevada entity; LAS VEGAS RADIOLOGY, a Nevada entity; LABCORP, a Nevada entity; NEVADA COMPREHENSIVE PAIN CENTER, a Nevada entity; DESERT INSTITUTE OF SPINE CARE, a Nevada entity; EMERGENCY PHYSICIANS MEDICAL GROUP, a Nevada entity; LAS VEGAS FIRE AND RESCUE, a Nevada entity; CITY OF LAS VEGAS EMS, a Nevada entity; UNIVERSITY MEDICAL CENTER, a Nevada entity; GLEN GUILLERMO, M.D., an individual; PAUL BANDT, M.D., an | |

1

individual; WILLIAM BILOTTA, M.D.; an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Defendants.

IT IS HEREBY STIPULATED AND AGREED that final judgment and dismissal with prejudice be entered with findings of fact and conclusions of law as follows:

1. The above-entitled interpleader action was filed in the Eighth Judicial District Court, Clark County, Nevada, on June 3, 2013.

2. Defendant MARIANA SIERRA was served with the summons and complaint on September 18, 2013, and an affidavit of service was filed on October 8, 2013. Defendant MARIANA SIERRA failed to plead or otherwise defend as required by law, and the Clerk of the Court entered default against defendant MARIANA SIERRA on October 16, 2013.

3. Defendant SIERRA MED SERVICES was served with the summons and complaint on July 30, 2013, and an affidavit of service was filed on September 4, 2013. Defendant SIERRA MED SERVICES filed an answer to the complaint in interpleader on July 16, 2013.

4. Defendant TED THORP, M.D., was served with the summons and complaint on July 30, 2013, and an affidavit of service was filed on September 4, 2013. Defendant TED THORP, M.D., failed to plead or otherwise defend as required by law, and the Clerk of the Court entered default against defendant TED THORP, M.D., on September 6, 2013.

5. Defendant WILLIAM MUIR, M.D., was served with the summons and complaint on June 13, 2013, and an affidavit of service was filed on June 18, 2013. Defendant WILLIAM MUIR, M.D., filed an answer to the complaint in interpleader on July 26, 2013.

6. Defendant ACCELERATED CHIROPRACTIC was served with the summons and complaint on June 18, 2013, and an affidavit of service was filed on June 25, 2013. Defendant ACCELERATED CHIROPRACTIC failed to plead or otherwise defend as required by law, and the Clerk of the Court entered default against defendant ACCELERATED CHIROPRACTIC on July 17, 2013.

7. Defendant UNITE HERE HEALTH (CULINARY HEALTH FUND) was served

1  with the summons and complaint on June 7, 2013, and an affidavit of service was filed on June 12,
2  2013. Defendant UNITE HERE HEALTH filed an answer to the complaint in interpleader, as well
3  as a counterclaim and crossclaim, on June 28, 2013.

4        8.      Defendant GARY J. LA TOURETTE, M.D., accepted service of the summons and
5  complaint on July 22, 2013, and the acceptance of service was filed on August 2, 2013. Defendant
6  GARY J. LA TOURETTE, M.D., filed an answer to the complaint in interpleader on July 26,
7  2013.

8        9.      Defendant RED ROCK DIAGNOSTICS, LLC, was served with the summons and
9  complaint on June 7, 2013, and an affidavit of service was filed on June 11, 2013. Defendant RED
10 ROCK DIAGNOSTICS, LLC, failed to plead or otherwise defend as required by law, and the
11 Clerk of the Court entered default against defendant RED ROCK DIAGNOSTICS, LLC, on July
12 17, 2013.

13      10.     Defendant DESERT RADIOLOGISTS, LLC, was served with the summons and
14 complaint on June 12, 2013, and an affidavit of service was filed on June 18, 2013. Defendant
15 DESERT RADIOLOGISTS, LLC, failed to plead or otherwise defend as required by law, and the
16 Clerk of the Court entered default against defendant DESERT RADIOLOGISTS, LLC, on July 17,
17 2013.

18      11.     Defendant SONORAN MEDICAL IMAGING was served with the summons and
19 complaint on June 7, 2013, and an affidavit of service was filed on June 11, 2013. Defendant
20 SONORAN MEDICAL IMAGING filed a disclaimer in interest on June 25, 2013, disclaiming any
21 interest in the interplead funds, waiving any and all notices and process required by law in the
22 premises, and consenting that plaintiff be discharged from any and all liabiltiy to defendants and
23 that any amounts owed to defendant SONORAN MEDICAL IMAGING with regard to this matter
24 be discharged in full.

25      12.     Defendant INSIGHT IMAGING was served with the summons and complaint on
26 September 30, 2013, and an affidavit of service was filed on October 7, 2013. Defendant
27 INSIGHT IMAGING failed to plead or otherwise defend as required by law, and the Clerk of the
28 Court entered default against defendant INSIGHT IMAGING on October 23, 2013.

13.     Defendant MATT SMITH PHYSICAL THERAPY was served with the summons and complaint on July 24, 2013, and an affidavit of service was filed on July 31, 2013. Defendant MATT SMITH PHYSICAL THERAPY failed to plead or otherwise defend as required by law, and the Clerk of the Court entered default against defendant MATT SMITH PHYSICAL THERAPY on September 6, 2013.

14.     Defendant LAS VEGAS RADIOLOGY was served with the summons and complaint on June 10, 2013, and an affidavit of service was filed on June 11, 2013. Defendant LAS VEGAS RADIOLOGY failed to plead or otherwise defend as required by law, and the Clerk of the Court entered default against defendant LAS VEGAS RADIOLOGY on July 17, 2013.

15.     Defendant LABCORP was served with the summons and complaint on June 14, 2013, and an affidavit of service was filed on June 18, 2013. Defendant LABCORP failed to plead or otherwise defend as required by law, and the Clerk of the Court entered default against defendant LABCORP on July 17, 2013.

16.     Defendant NEVADA COMPREHENSIVE PAIN CENTER was served with the summons and complaint on June 12, 2013, and an affidavit of service was filed on June 18, 2013. Defendant NEVADA COMPREHENSIVE PAIN CENTER failed to plead or otherwise defend as required by law, and the Clerk of the Court entered default against defendant NEVADA COMPREHENSIVE PAIN CENTER on July 17, 2013.

17.     Defendant DESERT INSTITUTE OF SPINE CARE was served with the summons and complaint on June 12, 2013, and an affidavit of service was filed on June 18, 2013. Defendant DESERT INSTITUTE OF SPINE CARE failed to plead or otherwise defend as required by law, and the Clerk of the Court entered default against defendant DESERT INSTITUTE OF SPINE CARE on July 17, 2013.

18.     Defendant EMERGENCY PHYSICIANS MEDICAL GROUP was served with the summons and complaint on June 7, 2013, and an affidavit of service was filed on June 16, 2013. Defendant EMERGENCY PHYSICIANS MEDICAL GROUP failed to plead or otherwise defend as required by law, and the Clerk of the Court entered default against defendant EMERGENCY PHYSICIANS MEDICAL GROUP on July 17, 2013.

19. Defendant LAS VEGAS FIRE AND RESCUE was served with the summons and complaint on June 12, 2013, and an affidavit of service was filed on June 18, 2013. Defendant LAS VEGAS FIRE AND RESCUE filed a disclaimer in interest on July 2, 2013, disclaiming any interest in the interplead funds, thereby consenting that plaintiff be discharged from any and all liabiltiy to defendants and that any amounts owed to defendant LAS VEGAS FIRE AND RESCUE with regard to this matter be discharged in full.

20. Defendant CITY OF LAS VEGAS EMS was served with the summons and complaint on June 18, 2013, and an affidavit of service was filed on June 25, 2013. Defendant CITY OF LAS VEGAS EMS filed a disclaimer in interest on July 2, 2013, disclaiming any interest in the interplead funds, thereby consenting that plaintiff be discharged from any and all liabiltiy to defendants and that any amounts owed to defendant CITY OF LAS VEGAS EMS with regard to this matter be discharged in full.

21. Defendant UNIVERSITY MEDICAL CENTER was served with the summons and complaint on June 13, 2013, and an affidavit of service was filed on June 18, 2013. Defendant UNIVERSITY MEDICAL CENTER filed a disclaimer in interest on October 18, 2013, disclaiming any interest in the interplead funds and waiving any and all notices and process required by law in the premises, thereby consenting that plaintiff be discharged from any and all liabiltiy to defendants and that any amounts owed to defendant UNIVERSITY MEDICAL CENTER with regard to this matter be discharged in full.

22. Defendant GLEN GUILLERMO, M.D., was served with the summons and complaint on June 12, 2013, and an affidavit of service was filed on June 18, 2013. Defendant GLEN GUILLERMO, M.D., failed to plead or otherwise defend as required by law, and the Clerk of the Court entered default against defendant GLEN GUILLERMO, M.D., on July 17, 2013.

23. Defendant PAUL BANDT, M.D., was served with the summons and complaint on June 12, 2013, and an affidavit of service was filed on June 18, 2013. Defendant PAUL BANDT, M.D., failed to plead or otherwise defend as required by law, and the Clerk of the Court entered default against defendant PAUL BANDT, M.D., on July 17, 2013.

24. Defendant WILLIAM BILOTTA, M.D., was served with the summons and

1  complaint on June 12, 2013, and an affidavit of service was filed on June 18, 2013. Defendant
2  WILLIAM BILOTTA, M.D., failed to plead or otherwise defend as required by law, and the Clerk
3  of the Court entered default against defendant WILLIAM BILOTTA, M.D., on July 17, 2013.

4       25.      Defendant MARIANA SIERRA was formerly the plaintiff in a lawsuit litigated on
5  his behalf in the Eighth Judicial District Court, Clark County, Nevada, which was resolved by way
6  of a non-confidential settlement in the amount of $35,000.00. This amount was a negotiated
7  settlement amount for defendant MARIANA SIERRA's injuries, and plaintiff MAIER
8  GUTIERREZ AYON PLLC was the attorney of record.

9       26.      By retainer agreement, defendant MARIANA SIERRA agreed to pay to plaintiff
10  MAIER GUTIERREZ AYON PLLC a contingency fee from the settlement monies in the amount
11  of $14,000.00 as and for attorney fees, plus costs advanced by plaintiff in the underlying lawsuit in
12  the amount of $5,335.80. Plaintiff MAIER GUTIERREZ AYON PLLC advanced additional costs
13  in the amount of $2,278.71 related to the subject interpleader action, for total costs advanced by
14  plaintiff in the amount of $7,614.51. Plaintiff MAIER GUTIERREZ AYON PLLC waives its
15  claim for additional attorney fees related to the subject interpleader action.

16       27.      Accordingly, $14,000.00 shall be distributed to plaintiff MAIER GUTIERREZ
17  AYON PLLC as and for attorney fees, and $7,614.51 shall be distributed to plaintiff MAIER
18  GUTIERREZ AYON PLLC as and for costs advanced by plaintiff in the underlying lawsuit and
19  the subject interpleader action.

20       28.      The remaining $13,385.49 shall be distributed among defendants, and each of them,
21  as follows:

22       a.      SIERRA MED SERVICES................................................................$7,468.53
23       b.      TED THORP, M.D.............................................................................$0
24       c.      WILLIAM MUIR, M.D..................................................................$947.11
25       d.      ACCELERATED CHIROPRACTIC....................................................$0
26       e.      CULINARY HEALTH FUND.....................................................$2,455.55
27       f.      GARY J. LA TOURETTE, M.D.................................................$1,014.30
28       g.      RED ROCK DIAGNOSTICS, LLC.....................................................$0

| | | |
|---|---|---|
| h. | DESERT RADIOLOGISTS | $0 |
| i. | SONORAN MEDICAL IMAGING | $0 |
| j. | INSIGHT IMAGING | $0 |
| k. | MATT SMTH PHYSICAL THERAPY | $0 |
| l. | LAS VEGAS RADIOLOGY | $0 |
| m. | LABCORP | $0 |
| n. | NEVADA COMPREHENSIVE PAIN CENTER | $0 |
| o. | DESERT INSTITUTE OF SPINE CARE | $0 |
| p. | EMERGENCY PHYSICIANS MEDICAL GROUP | $0 |
| q. | LAS VEGAS FIRE AND RESCUE | $0 |
| r. | CITY OF LAS VEGAS EMS | $0 |
| s. | UNIVERSITY MEDICAL CENTER | $0 |
| t. | GLEN GUILLERMO, M.D. | $0 |
| u. | PAUL BANDT, M.D. | $0 |
| v. | WILLIAM BILOTTA, M.D. | $0 |
| w. | MARIANA SIERRA | $1,500.00 |

29. Plaintiff MAIER GUTIERREZ AYON PLLC is hereby discharged from any and all liability to defendants, and each of them, including defaulted defendants, with respect to the interpleader funds.

30. Defendants, and each of them, including defaulted defendants, are restrained from instituting or further prosecuting any other proceeding against plaintiff MAIER GUTIERREZ AYON PLLC and/or defendant MARIANA SIERRA in any Court affecting the rights and obligations between the parties to this action.

31. All debts owed to defendants, and each of them, including defaulted defendants, are discharged in full pursuant to the above distribution.

32. The above-entitled action, including all claims, counterclaims and cross-claims asserted therein, is dismissed with prejudice, with each party to bear its own attorney fees and costs.

*Case No.: 2:13-cv-01139-MMD-PAL*
*FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE*

Respectfully submitted,

DATED this  15  day of November, 2013.

**MAIER GUTIERREZ AYON**

_____
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
2500 West Sahara Avenue, Suite 106
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this ____ day of November, 2013.

**GREENE INFUSO, LLP**

_____
JAMES D. GREENE, ESQ.
Nevada Bar No. 2647
3030 S. Jones Blvd., Suite 101
Las Vegas, Nevada 89146
*Attorneys for Defendant Sierra Medical Services, LLC*

DATED this ____ day of November, 2013.

**CHRISTENSEN JAMES & MARTIN**

_____
DARYL E. MARTIN, ESQ.
Nevada Bar No. 6735
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Defendant Unite Here Health*

DATED this ____ day of November, 2013.

**RICHARD HARRIS LAW FIRM**

_____
RICHARD A. HARRIS, ESQ.
Nevada Bar No. 0505
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant William S. Muir, M.D.*

DATED this ____ day of November, 2013.

**CLIFF W. MARCEK, P.C.**

_____
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
700 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant Gary LaTourette, M.D.*

**IT IS SO ORDERED.**

DATED this ____ day of _____, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

*Case No.: 2:13-cv-01139-MMD-PAL*
*FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE*

Respectfully submitted,

DATED this ____ day of November, 2013.

**MAIER GUTIERREZ AYON**

_____
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
2500 West Sahara Avenue, Suite 106
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this ____ day of November, 2013.

**GREENE INFUSO, LLP**

_____
JAMES D. GREENE, ESQ.
Nevada Bar No. 2647
3030 S. Jones Blvd., Suite 101
Las Vegas, Nevada 89146
*Attorneys for Defendant Sierra Medical Services, LLC*

DATED this ____ day of November, 2013.

**CHRISTENSEN JAMES & MARTIN**

_____
DARYL E. MARTIN, ESQ.
Nevada Bar No. 6735
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Defendant Unite Here Health*

DATED this ____ day of November, 2013.

**RICHARD HARRIS LAW FIRM**

_____
RICHARD A. HARRIS, ESQ.
Nevada Bar No. 0505
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant William S. Muir, M.D.*

DATED this 12 day of November, 2013.

**CLIFF W. MARCEK, P.C.**

/s/ Cliff W. Marcek
_____
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
700 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant Gary LaTourette, M.D.*

**IT IS SO ORDERED.**

DATED this ____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

8

Case No.: *2:13-cv-01139-MMD-PAL*
*FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE*

Respectfully submitted,

DATED this ____ day of November, 2013.

**MAIER GUTIERREZ AYON**

_____
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
2500 West Sahara Avenue, Suite 106
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this ____ day of November, 2013.

**GREENE INFUSO, LLP**

_____
JAMES D. GREENE, ESQ.
Nevada Bar No. 2647
3030 S. Jones Blvd., Suite 101
Las Vegas, Nevada 89146
*Attorneys for Defendant Sierra Medical Services, LLC*

DATED this ____ day of November, 2013.

**CHRISTENSEN JAMES & MARTIN**

_____
DARYL E. MARTIN, ESQ.
Nevada Bar No. 6735
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Defendant Unite Here Health*

DATED this ____ day of November, 2013.

**RICHARD HARRIS LAW FIRM**

/s/ Richard Harris
_____
RICHARD A. HARRIS, ESQ.
Nevada Bar No. 0505
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant William S. Muir, M.D.*

DATED this ____ day of November, 2013.

**CLIFF W. MARCEK, P.C.**

_____
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
700 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant Gary LaTourette, M.D.*

**IT IS SO ORDERED.**
DATED this __18th__ day of __November__, 2013.

/s/
_____
**UNITED STATES DISTRICT JUDGE**

8

Case No.: *2:13-cv-01139-MMD-PAL*
*FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE*

Respectfully submitted,

DATED this ____ day of November, 2013.

**MAIER GUTIERREZ AYON**

_____
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
2500 West Sahara Avenue, Suite 106
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this ____ day of November, 2013.

**GREENE INFUSO, LLP**

_____
JAMES D. GREENE, ESQ.
Nevada Bar No. 2647
3030 S. Jones Blvd., Suite 101
Las Vegas, Nevada 89146
*Attorneys for Defendant Sierra Medical Services, LLC*

DATED this _6_ day of November, 2013.

**CHRISTENSEN JAMES & MARTIN**

*/s/ Daryl E. Martin*
DARYL E. MARTIN, ESQ.
Nevada Bar No. 6735
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Defendant Unite Here Health*

DATED this ____ day of November, 2013.

**RICHARD HARRIS LAW FIRM**

_____
RICHARD A. HARRIS, ESQ.
Nevada Bar No. 0505
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant William S. Muir, M.D.*

DATED this ____ day of November, 2013.

**CLIFF W. MARCEK, P.C.**

_____
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
700 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant Gary LaTourette, M.D.*

**IT IS SO ORDERED.**

DATED this ____ day of _____, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

8